IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN JAMES SAMEK,<br><br>Defendant. | Case No. CR-24-164-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Second Motion to Modify Release Order (Doc. 24), and for good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Timothy J. Cavan is granted authority to modify the release order issued in the Southern District of Texas by signing the proposed conditions of release attached hereto as Exhibit 1 at the Defendant's Detention Hearing set before Magistrate Judge Cavan on May 1, 2025 at 9:00 a.m.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 30th day of April, 2025.

SUSAN P. WATTERS
United States District Court Judge

1