# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN JAMES SAMEK,<br><br>Defendant. | CR 24-164-BLG-SPW<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 42). Defendant Austin James Samek has been adjudged guilty as charged in Count 2 and 3 of the indictment and has admitted to its forfeiture allegation. Samek's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 881(a)(11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED:

IT IS FURTHER ORDERED that Samek's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2), 881(a)(11), and 18 U.S.C. § 924(d):

- Rolex 36MM Day-Date 118235 Everose Gold Mother of Pearl;

- Rolex DateJust 41(DJ41) Two-Tone Stainless Steel & Rose Jubilee Bracelet, S/N 4368F7R7;

1

- .38 caliber Smith & Wesson Air Weight (S/N: DNR1055), and any associated accessories and ammunition; and
- $11,375.00 in U.S. currency.

IT IS FURTHER ORDERED that the Drug Enforcement Administration, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 14th day of October, 2025.

*Susan P. Watters*
SUSAN P. WATTERS, District Judge
United States District Court